UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ALLISON J. BROWN,                )
                                 )
         Plaintiff,              )
                                 )
    v.                           ) Civil Action No. 07-1791 JDB
                                 )
ROBERT C. TAPELLA,¹ Public Printer)
  of the United States,          )
                                 )
         Defendant.              )
_____  )
```

ANSWER

Defendant, Robert C. Tapella, Public Printer, United States Government Printing Office, by and through his attorney, the United States Attorney for the District of Columbia, herein answers plaintiff's complaint as follows:

FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted by the Court.

SECOND DEFENSE

This Court lacks jurisdiction over Plaintiff's claims under the Equal Pay Act.

THIRD DEFENSE

Defendant's actions with respect to the claims in this case were in full compliance with law and regulations.

---

[1] Robert C. Tapella, was sworn in as Public Printer of the United States on October 10, 2007, and has therefore been substituted for Defendant William H. Turri, by operation of Fed. R. Civ. P. 25(d).

FOURTH DEFENSE

The following paragraphs respond to the numbered paragraphs of the complaint.

1.    This paragraph is Plaintiff's characterization of her lawsuit and, as such, needs no response.  To the extent that an answer is deemed necessary, this paragraph is denied.

JURISDICTION AND VENUE[2]

2.    This paragraph is plaintiff's statement of jurisdiction and, as such, needs no response.  To the extent that an answer is deemed necessary, this paragraph is denied.

3.    This paragraph is plaintiff's statement regarding venue and, as such, needs no response.  To the extent that an answer is deemed necessary, Defendant denies that venue is proper in this jurisdiction under the cited statute.

PARTIES

4.    Admitted.

5.    Defendant admits that Plaintiff has brought this action against the Public Printer and head of the United States Government Printing Office, but avers that the name of the Public Printer is now Robert C. Tapella, who was sworn in as Public Printer of the United States on October 10, 2007.  The remainder of this paragraph is Plaintiff's characterization of her lawsuit

---

[2]  Defendant has included the headings listed in the Complains simply to assist in reading the pleadings and does not admit the accuracy of those headings.

-2-

and, as such, needs no response.  To the extent that an answer is
deemed necessary, the second sentence in this paragraph is
denied.

<u>ADMINISTRATIVE REMEDIES</u>

6.    Defendant is without sufficient knowledge to determine
the full extent of claims which Plaintiff may be seeking to
recover upon in this action and cannot, therefore, admit or deny
whether Plaintiff had exhausted her administrative remedies on
all such claims; thus, Defendant denies the legal conclusion that
Plaintiff has exhausted her administrative remedies pursuant to
Title VII and the EPA.  Defendant does, however, admit that
Plaintiff submitted to the Equal Employment Opportunity
counseling procedure which she initiated October 26, 2005, filed
a formal complaint with the agency EEO officein or about December
8, 2005, and received an adverse decision from the agency.

<u>FACTS</u>

7.    Defendant admits the first sentence of this paragraph.
Defendant is without sufficient knowledge to admit or deny the
second sentence and therefore denies the allegations therein.
Defendant admits the third sentence.

8.    Defendant is without sufficient knowledge to admit or
deny what Plaintiff has been informed or believes and therefore
denies these allegations.  Defendant further denies that
Plaintiff and David Ford were hired as Controllers under

-3-

identical position descriptions, but admit the remainder of the paragraph.

9. Denied.

10. Defendant admits that Mr. Ford was accepted to the Excellence in Government Fellowship Program, but otherwise denies the allegations in this paragraph.

11-12. Denied.

13. Defendant admits that David Ford received a higher starting salary than Plaintiff, but otherwise denies the allegations in this paragraph.

14. Denied.

<u>FIRST CLAIM FOR RELIEF</u>

15. Defendant hereby incorporates the responses set forth above to the specifically enumerated paragraphs of the Complaint.

16. This paragraph is plaintiff's characterization of her lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

17. Defendant is without sufficient knowledge to admit or deny what Plaintiff has been informed or believes and therefore denies these allegations. The remainder of this paragraph is Plaintiff's characterization of her lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

-4-

SECOND CLAIM FOR RELIEF

18.  Defendant hereby incorporates the responses set forth above to the specifically enumerated paragraphs of the Complaint.

19.  Admitted.

20-22.  Denied.

PRAYER FOR RELIEF

The remaining allegations of the Complaint constitute a prayer for relief and jury demand, which requires no response. To the extent that a response is deemed necessary, however, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant further avers that any award of compensatory damages for Plaintiff's claims would be subject to and limited by 42 U.S.C. § 1981a, and that exemplary or punitive damages may not be awarded in this action, nor may plaintiff be awarded compensatory damages under the each of the statutes relied upon by Plaintiff.  Any relief would also be limited by 42 U.S.C. § 2000e-5(g)(2)(B).  Defendant further denies that Plaintiff is entitled to a jury trial on all of her claims.  The Defendant denies each and every allegation contained in the Complaint not specifically admitted herein.

Defendant, having fully answered, respectfully requests that

this action be dismissed with prejudice and that the Court grant

such other and further relief as may be deemed appropriate.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Answer has been made through the Court's electronic transmission facilities on this 18th day of December, 2007.

                                              /s/
                              _____
                              W. MARK NEBEKER, DC Bar # 396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230