UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON J. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT C. TAPELLA, Public Printer of<br><br>the United States,<br><br>    Defendant. | Civil Action No.  07-1791 (JDB) |

### INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on January 16, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

    1.  All discovery shall be completed by July 14, 2008.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

    2.  Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by not later than February 19, 2008.

    3.  Plaintiff's Fed. R. Civ. P. 26(a)(2) designation of expert witnesses report shall be completed by not later than March 16, 2008.  Within 60 days from service of plaintiff's expert report, defendant may designate any expert witnesses and provide the necessary information under Fed. R. Civ. P. 26(a)(2).

4. Dispositive motions shall be filed within 60 days of the close of discovery, by not later than September 12, 2008.  Oppositions to any such motion shall be filed within 30 days from filing of the motion, and any replies thereto shall be filed within 15 days from service of the opposition.

5. A status conference shall be held on July 15, 2008 at 9 a.m.

6. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

**SO ORDERED.**

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:  January 16, 2008