# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON J. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1791 (JDB) |
| | ) |
| ROBERT C. TAPELLA, Public Printer | ) |
| of the United States, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Christian A. Natiello,

Assistant United States Attorney, and remove the appearance of W. Mark Nebeker, Assistant

United States attorney, as counsel for Defendant.

Respectfully submitted,

_____/s/_____

Christian A. Natiello, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov