**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALLISON BROWN,                          )
                                        ) Civil Action No.  07-1791 JDB
      Plaintiff,                     )
                                        )
        v.                        )
                                        )
ROBERT C. TAPELLA,                      )
  Public Printer,                    )
  United States Government           )
  Printing Office,                   )
                                        )
      Defendant.                     )
_____     )

**Consent Motion to Extend Discovery**

In accordance with Fed.R.Civ.P. 6(b)(1), plaintiff, by counsel undersigned, respectfully moves the Court for an order modifying the January 16, 2008 Scheduling Order by extending the date for the close of discovery from July 14, 2008, to August 29, 2008.  Counsel for plaintiff and defendant have conferred and agreed that this relief is appropriate.  This motion is made on the grounds, *inter alia*, that travel schedules of two potential witnesses have prevented the scheduling of depositions in the weeks before the original close of discovery, that a proposed deposition of plaintiff was continued because of a scheduling conflict, and that the parties are still attempting diligently to complete their responses to written discovery, including attempting to resolve some differences informally.

Plaintiff informs the Court, further, that plaintiff will soon file a motion requesting that the Court consider its subject matter jurisdiction over plaintiff's

Equal Pay Act claims.  Finally, the Court may determine that the status conference currently set for July 15, 2008 should be continued.

Wherefore, plaintiff respectfully requests that the Court enter an order in the form submitted herewith, extending the date for the close of discovery to August 29, 2008.


_____/s/ *Theodore S. Allison*_____
Theodore S. Allison (DC Bar #441089)
KARR & ALLISON, P.C.
1300 19th Street, N.W., Suite 402
Washington, DC  20036
(202) 331-7600
E-mail tsallison@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALLISON BROWN,                          )
                                        ) Civil Action No.  07-1791 JDB
              Plaintiff,                )
                                        )
              v.                        )
                                        )
ROBERT C. TAPELLA,                      )
  Public Printer,                       )
  United States Government              )
  Printing Office,                      )
                                        )
              Defendant.                )
_____)

**Order**

THE COURT having considered the consent motion of plaintiff for an order
modifying the January 16, 2008 Scheduling Order by extending the date for the
close of discovery from July 14, 2008, to August 29, 2008, and good cause
appearing therefor, it is, this ___ day of July, 2008,

ORDERED that the motion be, and hereby is, granted, and that the parties
shall have until August 29, 2008, to complete discovery in this matter; and,

ORDERED, further, that the status conference currently set for July 15,
2008, be continued to _____, at _____.

IT IS SO ORDERED.

Dated:                          _____

Copies to:

Theodore S. Allison (DC Bar #441089)
KARR & ALLISON, P.C.
1300 19th Street, N.W., Suite 402
Washington, DC  20036

*Counsel for plaintiff*

Jeffrey A. Taylor, Esq.
Rudolph Contreras, Esq.
Christian A. Natiello, Esq.
555 4th St. NW Rm E4112
Washington DC  20530

*Counsel for defendant*