UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON J. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT C. TAPELLA, Public Printer of<br><br>the United States,<br><br>    Defendant. | Civil Action No.  07-1791 (JDB) |

## SCHEDULING ORDER

Pursuant to the status conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. Motions for summary judgment are due by not later than October 31, 2008.

2. Oppositions are due by not later than December 1, 2008.

3. Replies are due by not later than December 15, 2008.

4. This case is hereby referred to Magistrate Judge Kay for a period of sixty (60) days for mediation and facilitation of settlement discussions.

**SO ORDERED.**

     /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   September 2, 2008

-1-