REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1791 | DATE REFERRED:<br>09/02/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation and Settlement Discussions | JUDGE:<br>JOHN D. BATES | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| ALLISON BROWN | WILLIAM TURRI |

ENTRIES:

FOR SIXTY (60) DAY PERIOD